☒

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re: ) **Judge Russ Kendig**
)
_____, ) **Case No.** _____
)
**Debtor(s)** ) ☐ **Chapter 13 Form Plan Summary**
) ☐ _____ **Amended Chapter 13 Plan**

**Read this carefully**. You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

   ☐ Continued on attached separate page(s).

2. \_\_\_\_\_% to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B1)

   | Creditor | Description of asset or contract |
   |----------|----------------------------------|
   |          |                                  |
   |          |                                  |
   |          |                                  |

   ☐ Continued on attached separate page(s).

   All other leases and executory contracts deemed rejected.

1

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

☐ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

| Creditor: |  |  |  |
|---|---|---|---|
| Date Incurred: |  |  |  |
| Collateral: |  |  |  |
| Monthly Payment: |  |  |  |
| Interest Rate: |  |  |  |
| Estimated Balance: |  |  |  |

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped. (E7)

| Creditor: | | | |
|---|---|---|---|
| Date Incurred: | | | |
| Collateral: | | | |
| Monthly Payment: | | | |
| Interest Rate: | | | |
| Secured Value: | | | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

| Creditor | Source & Year | Amount |
|---|---|---|
| | | |
| | | |
| | | |

☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

The debtor will pay to the trustee $ _____ monthly for a minimum of [Drop box 36/60] months, or all future disposable income, whichever is greater. Payments shall be by ☐ Wage Order on employer ☐ By Debtor ("Private Pay") in the form of money order or certified check.

10. Attorney Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E)

_____    _____
Debtor's Signature -   Name typed below    Debtor's Signature - Name typed below

_____    _____


_____
Attorney's Signature - Name (state bar #), address, and phone typed below

_____

_____

_____

_____